UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

        Plaintiff,

  v.

MIKE EVANS et al,

        Defendant.

Case Number: CV07-05389 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marvin G. Hollis #:E-37508
Salinas Valley State Prison
P.O. Box 1050, D-8-220
Soledad, CA 93960

Dated: December 3, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk